UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSHUA GARFIELD,<br>*Plaintiff*<br><br>v.<br><br>NEUTRON HOLDINGS, INC., D/B/A LIME, ASHTIN SMALL, and TUFAN BAYTOK,<br>*Defendants* | §<br>§<br>§<br>§<br>§  Case No. 1:23-CV-01385-RP<br>§<br>§<br>§<br>§ |

**O R D E R**

The parties filed a Proposed Scheduling Order on February 20, 2024. Dkt. 8. The Proposed Scheduling Order does not conform to U.S. District Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **March 7, 2024**.

**SIGNED** on February 26, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE